## WILLIAM J. SPENCE *v.* CARL BECK.

On the hearing of an appeal from a district court, the return of the justice cannot be contradicted or impeached by affidavit. It is conclusive in respect to the statements contained in it.

If a return is erroneous, it can only be corrected by a motion to the court.

APPEAL by defendant from a judgment of the First District Court, entered by default. On the return day of the summons, in this case, the defendant failed to appear until after the cause was called, and it was adjourned to the 25th of June, 1856. On that day the defendant was late, and did not enter the court room until after the cause had been taken up, and the justice had just finished taking the testimony of the plaintiff's witness. The appellant submitted, on the appeal, with the return, an affidavit that the justice refused to inform him of the nature of the plaintiff's complaint, or communicate to him what had been the testimony of the witness, though he gave him leave to cross-examine the witness, which he was unable to do, not knowing the nature of the testimony or of the complaint. The return and the respondent's affidavit stated that the defendant demanded to see the complaint, that the justice stated its contents to him, and also stated the testimony to him, but that he refused to hand him the complaint itself, as he was using it in the trial; that the defendant and his attorney thereupon went away again, and judgment was rendered for the plaintiff.

*R. H. Shannon*, for the appellant.

*D. Evans*, for the respondent.

INGRAHAM, FIRST JUDGE.—None of the grounds, stated in the notice of appeal, appear in the return, but are contradicted by it. We can never suffer a return to be impeached by affidavit. If the return is erroneous, it must be corrected by motion

to the court.   On the appeal we are governed by the statements contained therein.

The justice states that he orally communicated to the party the complaint, and offered to permit him to cross-examine the witness, but that the defendant refused and left the court.

If the facts sworn to by the appellant had been returned by the justice as occurring on the trial, the judgment could not be sustained, but we are concluded by the return.

Judgment affirmed.